Locke, Judge,
 

 delivered the opinion of the Court:
 

 It is certainly the regular and proper practice, never to suffer witnessed to be introduced after the first examination, particularly after the arguments of counsel are closed. Yet we are of opinion that the discretion of the Judge must govern this rule of practice} the rule is found-
 
 *259
 
 ei! on the temptation, which a departure from.it would hold out for-committing the crime of perjury. Where a Case has been argued and the party discovers the points ■on which it rests, the Coui;t will not permit him to support the weak parts of his case, by a re-examination of it, and this rule ought never to be departed from, unless the Court discover the necessity of a re-examination, and that it will not produce the evil, which it is the object of the rule to prevent. In this case, the Jury were in great doubt, and the evidence was sought for and asked by them. To satisfy them anil relieve them from, diffi- ' cully, the evidence w'as permitted to go to them. , The evidence was properly admitted and the rule must be discharged.